GARG GOLDEN LAW FIRM
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
AMANDA J. BROOKHYSER, ESQ.
Nevada Bar No. 11526
3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052
Tel: (702) 850-0202
Fax: (702) 850-0204
Email: agolden@garggolden.com
Email: abrookhyser@garggolden.com

Counsel for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH HUNTERTON, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>LEUKEMIA & LYMPHOMA SOCIETY, INC., a New York not for profit corporation,<br><br>Defendant. | CASE NO.: 2:21-cv-00929-JCM-NJK<br><br>**STIPULATION AND ORDER TO ALLOW PLAINTIFF TO AMEND COMPLAINT AND TO WITHDRAW DEFENDANT'S PARTIAL MOTION TO DISMISS PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE (ECF #5)** |

Plaintiff Elizabeth Hunterton ("Plaintiff") by and through her counsel of record, the Garg Golden Law Firm, and Defendant Leukemia & Lymphoma Society, Inc., ("Defendant"), by and through their counsel of record, Jackson Lewis P.C., hereby stipulate as follows:

1. Plaintiff shall file an amended complaint within 14 calendar days of this order with additional detail as argued in Defendant's Motion to Dismiss (ECF No. 5), including withdrawing Plaintiff's negligent infliction of emotional distress claim and wrongful termination claim, without prejudice. Plaintiff reserves the right to re-file these claims should additional information concerning their validity be discovered. Plaintiff will also amend her claims under the Family Medical Leave Act to only assert a claim for interference under 29 USC 2615(a)(1).

/ / /

/ / /

GARG GOLDEN
LAW FIRM
3145 St. Rose Parkway
Suite 230
Henderson, Nevada 89052
(702) 850-0202

1 of 2

2. Upon the Court's approval of this stipulation, Defendant's Motion to Dismiss (ECF No. 5) shall be deemed withdrawn, without prejudice.

Dated this 1st day of June, 2021.    Dated this 1st day of June, 2021.

GARG GOLDEN LAW FIRM                 JACKSON LEWIS, P,C.

By: */s/ Amanda Brookhyser*          By */s/ Deverie Christensen*
　　AMANDA J. BROOKHYSER, ESQ.       　　DEVERIE J. CHRISTENSEN, ESQ.
　　Nevada Bar No. 11526             　　Nevada Bar No. 6596
　　3145 St. Rose Parkway, Suite 230 　　300 S. Fourth Street, Suite 900
　　Henderson, Nevada 89052          　　Las Vegas, Nevada 89101
　　(702) 850-0202                   　　(702) 921-2460
　　Counsel for Plaintiff            　　Counsel for Defendant

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED: June 2, 2021