| | |
|---|---|
| 1 | Deverie J. Christensen |
| | Nevada State Bar No. 6596 |
| 2 | Hilary A. Williams |
| | Nevada State Bar No. 14645 |
| 3 | **JACKSON LEWIS P.C.** |
| | 300 S. Fourth Street, Suite 900 |
| 4 | Las Vegas, Nevada 89101 |
| | Tel: (702) 921-2460 |
| 5 | Email: deverie.christensen@jacksonlewis.com |
| | Email: hilary.williams@jacksonlewis.com |

*Attorneys for Defendant*
*The Leukemia & Lymphoma Society, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH HUNTERTON, an individual, | |
| Plaintiff, | Case No. 2:21-CV-00929-JCM-NJK |
| vs. | **STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| LEUKEMIA & LYMPHOMA SOCIETY, INC., a New York not for profit corporation, | |
| Defendant. | **(FIRST REQUEST)** |

Defendant The Leukemia & Lymphoma Society, Inc. ("Defendant") by and through its counsel, Jackson Lewis P.C., and Plaintiff Elizabeth Hunterton ("Plaintiff") by and through her counsel, Garg Golden Law Firm, hereby stipulate and agree to extend the time for Defendant to file an answer or otherwise respond to Plaintiff's First Amended Complaint by one week to July 8, 2021.

Defendant's response to Plaintiff's First Amended Complaint (ECF No. 10) is currently due July 1, 2021. However, the parties have agreed to extend the deadline for Defendant to respond to Plaintiff's First Amended Complaint by one week to allow Defendant to complete its initial investigation of the allegations set forth in the First Amended Complaint. Thus, the deadline for Defendant to file its response to Plaintiff's First Amended Complaint will be July 8, 2021.

This is the first request for an extension of time for Defendant to respond to Plaintiff's First Amended Complaint (ECF No. 10). This request is made in good faith and not for the purpose of delay.

Dated this 30th day of June, 2021.

| GARG GOLDEN LAW FIRM | JACKSON LEWIS P.C. |
|---|---|
| */s/ Amanda J. Brookhyser* <br> Anthony B. Golden, Bar #9563 <br> Amanda J. Brookhyser, Bar #11526 <br> 3145 St. Rose Parkway, Suite 230 <br> Henderson, Nevada 89052 <br><br> *Attorneys for Plaintiff* <br> *Elizabeth Hunterton* | */s/ Deverie J. Christensen* <br> Deverie J. Christensen, Bar #6596 <br> Hilary A. Williams, Bar #14645 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Defendant* <br> *The Leukemia & Lymphoma Society, Inc.* |

**IT IS SO ORDERED.**

_____
U.S. ~~District Court Judge~~/Magistrate Judge

Dated: July 1, 2021