LEVINE & GARFINKEL
IRA S. LEVINE, ESQ.
Nevada Bar No. 2130
1671 W. Horizon Ridge Pkwy, Suite 230
Henderson, NV 89012
Tel: (702) 673-1608
Fax: (702) 735-0198
Email: ilevine@lgealaw.com

GARG GOLDEN LAW FIRM
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
AMANDA J. BROOKHYSER, ESQ.
Nevada Bar No. 11526
3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052
Tel: (702) 850-0202
Fax: (702) 850-0204
Email: agolden@garggolden.com
Email: abrookhyser@garggolden.com

Counsel for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH HUNTERTON, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>LEUKEMIA & LYMPHOMA SOCIETY, INC., a New York not for profit corporation,<br><br>Defendant. | CASE NO.: 2:21-cv-00929-JCM-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE PLAINTIFF'S THIRD CAUSE OF ACTION** |

Plaintiff Elizabeth Hunterton ("Plaintiff") by and through her counsel of record, the Garg Golden Law Firm, and Defendant Leukemia & Lymphoma Society, Inc., ("Defendant"), by and through their counsel of record, Jackson Lewis P.C., hereby stipulate to dismiss with prejudice

///

///

///

GARG GOLDEN
LAW FIRM
3145 St. Rose Parkway
Suite 230
Henderson, Nevada 89052
(702) 850-0202

1 of 3

Plaintiff's third cause of action for Intentional Infliction of Emotional Distress.

| | |
|---|---|
| Dated this 28th day of July 2021. | Dated this 28th day of July 2021. |
| GARG GOLDEN LAW FIRM | JACKSON LEWIS, P,C. |
| By: */s/ Amanda Brookhyser*<br>AMANDA J. BROOKHYSER, ESQ.<br>Nevada Bar No. 11526<br>3145 St. Rose Parkway, Suite 230<br>Henderson, Nevada 89052<br>(702) 850-0202<br>Counsel for Plaintiff | By */s/ Hilary Williams*<br>DEVERIE J. CHRISTENSEN, ESQ.<br>Nevada Bar No. 6596<br>HILARY A. WILLIAMS, ESQ.<br>Nevada Bar No. 14645<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br>(702) 921-2460<br>Counsel for Defendant |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: July 30, 2021

# CERTIFICATE OF SERVICE

Pursuant to N.R.C.P. 5(b), I hereby declare that on the 28th day of July 2021, that a true and correct copy of the foregoing document **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE PLAINTIFF'S THIRD CAUSE OF ACTION,** was served upon the interested parties as stated in the service list on the Court's E-filing system for this case, by the following method:

☑ **BY ECF:** by electronic filing with the Court delivering the document(s) listed above via Filing System for those enrolled.

By  /s/  Irma Mendez
For the GARG GOLDEN LAW FIRM