Deverie J. Christensen
Nevada State Bar No. 6596
Hilary A. Williams
Nevada State Bar No. 14645
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com
Email:  hilary.williams@jacksonlewis.com

*Attorneys for Defendant*
*The Leukemia & Lymphoma Society, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH HUNTERTON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LEUKEMIA & LYMPHOMA SOCIETY, INC., a New York not for profit corporation,<br><br>Defendant. | Case No. 2:21-CV-00929-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES**<br><br>**(First Request)** |

Defendant The Leukemia & Lymphoma Society, Inc. ("Defendant") by and through its counsel, Jackson Lewis P.C., and Plaintiff Elizabeth Hunterton ("Plaintiff") by and through her counsel, Garg Golden Law Firm, hereby stipulate and agree as follows:

1.  On June 25, 2021, the Court entered an Order granting the Stipulated Discovery Plan and Scheduling Order submitted by the parties.  ECF No. 12.

2.  In this case, the parties have been working on written discovery, including Defendant's responses to extensive written discovery served by Plaintiff, including Interrogatories, Requests for Production of Documents, Requests for Admissions, and supplementing Initial Disclosures.  Defendant also served written discovery on Plaintiff, including Interrogatories and Requests for Production of Documents, for which Plaintiff is working on responses.  The parties also have been working on identifying deposition witnesses, including a FRCP 30b6 defense witness.

3.  Plaintiff's Counsel who was leading this case unexpectedly left the Garg Golden

Law Firm, resulting is a delay in the discovery process.  Further, lead Defense Counsel was seriously ill and out of the office for several weeks between July and September and was delayed in conducting discovery during that time.

4. This is the first request by the parties to extend the discovery deadlines as set forth in the June 25, 2021 Order.  ECF No. 12.

5. The parties stipulate and agree to extend the deadline for the close of discovery for ninety (90) days to allow the parties to complete written discovery and conduct necessary depositions in order to fully evaluate the claims and defenses presented.

## STATEMENT OF DISCOVERY THAT HAS BEEN COMPLETED

On July 7, 2021, Defendant served its initial disclosures. On July 22, 2021, Plaintiff served her initial disclosures.  The parties have exchanged written discovery and are working on responses.  Additionally, the parties are working on scheduling depositions following completion of written discovery.

## STATEMENT OF DISCOVERY THAT REMAINS TO BE COMPLETED

The parties have not yet completed discovery and anticipate that additional time will be needed to complete pending written discovery and depositions.  For the above stated reasons, the parties request that the discovery deadline be extended 90 days from **November 9, 2021 to February 7, 2021**.

## PROPOSED SCHEDULE

The parties stipulate and agree that:

1. **Discovery:**   The discovery period shall be extended ninety (90) days from **November 9, 2021 to February 7, 2022**.   The deadline to request an additional extension to the discovery period shall be **January 17, 2022**, twenty-one (21) days before the scheduled discovery cut-off.

2. **Dispositive Motions:**   The parties shall have through and including **March 9, 2022**, to file dispositive motions, which is 30 days after the discovery deadline.

3. **Pre-Trial Order:**  If no dispositive motions are filed, the Joint Pretrial Order shall be filed thirty (30) days after the date set for the filing of dispositive motions.  In the event

dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after decision on the dispositive motions or by further order of the Court.

4. Extensions or Modifications of the Discovery Plan and Scheduling Order: In accordance with Local Rule 26-3, a stipulation or motion for modification or extension of this discovery plan and scheduling order and any deadline contained herein, must be made not later than twenty-one (21) days before the subject deadline.

This stipulation and order is sought in good faith and not for the purpose of delay.

Dated this 12th day of October, 2021.

| GARG GOLDEN LAW FIRM | JACKSON LEWIS P.C. |
|---|---|
| */s/ Anthony B. Golden* <br> Anthony B. Golden, Bar #9563 <br> 3145 St. Rose Parkway, Suite 230 <br> Henderson, Nevada 89052 <br><br> *Attorneys for Plaintiff* <br> *Elizabeth Hunterton* | */s/ Deverie J. Christensen* <br> Deverie J. Christensen, Bar #6596 <br> Hilary A. Williams, Bar #14645 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Defendant* <br> *The Leukemia & Lymphoma Society, Inc.* |

**IT IS SO ORDERED.**

_____
U.S. ~~District Court Judge~~/Magistrate Judge

Dated: October 13, 2021