LEVINE & GARFINKEL
IRA S. LEVINE, ESQ.
Nevada Bar No. 2130
1671 W. Horizon Ridge Pkwy, Suite 230
Henderson, NV 89012
Tel: (702) 673-1608
Fax: (702) 735-0198
Email: ilevine@lgealaw.com

GARG GOLDEN LAW FIRM
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
BRUCE C. YOUNG, ESQ.
Nevada Bar No. 5560
3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052
Tel: (702) 850-0202
Fax: (702) 850-0204
Email: agolden@garggolden.com
Email: abrookhyser@garggolden.com

Counsel for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH HUNTERTON, an individual, | CASE NO.: 2:21-cv-00929-JCM-NJK |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| LEUKEMIA & LYMPHOMA SOCIETY, INC., a New York not for profit corporation, | |
| Defendant. | |

    Plaintiff Elizabeth Hunterton ("Plaintiff") by and through her counsel of record, the Garg Golden Law Firm, and Defendant Leukemia & Lymphoma Society, Inc., ("Defendant"), by and through their counsel of record, Jackson Lewis P.C., hereby notify the Court that the parties have amicably resolved this matter.

/ / /

/ / /

GARG GOLDEN
LAW FIRM
3145 St. Rose Parkway
Suite 230
Henderson, Nevada 89052
(702) 850-0202

1 of 2

Accordingly, the parties hereby stipulate to dismiss, with prejudice, the entire remaining action with each party to bear their own respective attorneys' fees and costs.

Dated this 29th day of April, 2022.

GARG GOLDEN LAW FIRM

By: _/s/ Bruce C. Young_____
    BRUCE C. YOUNG, ESQ.
    Nevada Bar No. 5560
    3145 St. Rose Parkway, Suite 230
    Henderson, Nevada 89052
    (702) 850-0202
    Counsel for Plaintiff

Dated this 29th day of April, 2022.

JACKSON LEWIS, P,C.

By _/s/ Deverie J. Christensen_____
    DEVERIE J. CHRISTENSEN, ESQ.
    Nevada Bar No. 6596
    300 S. Fourth Street, Suite 900
    Las Vegas, Nevada 89101
    (702) 921-2460
    Counsel for Defendant

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: May 6, 2022
      _____

GARG GOLDEN
LAW FIRM
3145 St. Rose Parkway
Suite 230
Henderson, Nevada 89052
(702) 850-0202

2 of 2